TWELFTH WARD BANK OF THE CITY OF NEW YORK, Appellant, *v.* CHARLES KATZ, Respondent.

*Twelfth Ward Bank* v. *Katz,* 126 App. Div. 916, affirmed.
(Argued October 22, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

28, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in so far as it set forth a cause of action based upon an alleged guaranty of payment of the indebtedness of another.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellant.

*Jay C. Guggenheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.